O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-10-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE GONZALEZ,<br><br>   Petitioner,<br><br>vs.<br><br>RALPH DIAZ, Warden,<br><br>   Respondent. | Case No. CV 13-4588-JAK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, the Report and Recommendation of the United States Magistrate Judge, petitioner's Motion for Remand and Evidentiary Hearing, and the Supplemental Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Supplemental Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

//

//

//

1    IT IS HEREBY ORDERED that (1) petitioner's Motion for Remand and
2 Evidentiary Hearing is denied; (2) respondent's Motion to Dismiss is granted; and (3)
3 Judgment be entered dismissing this action with prejudice.

5 DATED: June 4, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE