I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-10-14

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE GONZALEZ,<br><br>         Petitioner,<br><br>    vs.<br><br>RALPH DIAZ, Warden,<br><br>         Respondent. | Case No. CV 13-4588-JAK (RNB)<br><br>**JUDGMENT** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 4, 2014

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE